# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE AROCHE,<br><br>     Petitioner,<br><br>   v.<br><br>FRANCISCO J. QUINTANA,<br><br>     Respondent. | Case No. EDCV 22-1414-JLS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is granted; and (2) Judgment shall be entered dismissing this action without prejudice.

Dated: April 10, 2023

                       _____
                        JOSEPHINE L. STATON
                        UNITED STATES DISTRICT JUDGE