JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE AROCHE,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>FRANCISCO J. QUINTANA,<br><br>　　　　　　　Respondent. | Case No. EDCV 22-1414-JLS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 10, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE